Jay Earl Smith, Esq.
Nevada Bar No. 1182
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006

Douglas A. Daniels
*Pro Hac Vice*
BRACEWELL & GIULIANI LLP
South Tower Pennzoil Place
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2550
Tel: (713) 221-1113
Fax: (713) 222-3264

Attorneys for Plaintiffs / Counterdefendants
Howard Hughes Properties, Inc.
and The Howard Hughes Corporation

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD HUGHES PROPERTIES, INC AND THE HOWARD HUGHES CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> KERN RIVER GAS TRANSMISSION COMPANY, <br><br> Defendant/Counterclaimants | CASE NO. 2:09-cv-00657-RLH-LRL <br><br><br> **ORDER** |

The Court has considered Plaintiffs / Counterdefendants Howard Hughes Properties, Inc. and The Howard Hughes Corporation's Motion for Partial Reconsideration of the Court's Order dated January 20, 2010 (Dkt. #109) Denying Plaintiffs' Motion for Leave to File First Amended

HOUSTON\2353131.3

Complaint and Request for Permanent Injunctive Relief. The Court finds that the Motion should be GRANTED. It is therefore,

ORDERED that Plaintiffs / Counterdefendants Howard Hughes Properties, Inc. and The Howard Hughes Corporation's Motion for Partial Reconsideration of the Court's Order (Dkt. #109) Denying Plaintiffs' Motion for Leave to File First Amended Complaint and Request for Permanent Injunctive Relief is hereby GRANTED. It is further,

ORDERED and DECREED that Plaintiffs / Counterdefendants Howard Hughes Properties, Inc. and The Howard Hughes Corporation did not file its Motion for Leave to File First Amended Complaint and Request for Permanent Injunctive Relief in an effort to contradict or circumvent any other order of this Court, or for any other improper purpose.

DATED 19th day of April, 2010

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

HOUSTON\2353131.3