Jay Earl Smith, Esq.
Nevada Bar No. 1182
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada  89134
Tel:  (702) 252-5002
Fax: (702) 252-5006

Douglas A. Daniels
*Pro Hac Vice*
BRACEWELL & GIULIANI LLP
South Tower Pennzoil Place
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2550
Tel:  (713) 221-1113
Fax:  (713) 222-3264

Attorneys for Plaintiffs / Counterdefendants
Howard Hughes Properties, Inc.
and The Howard Hughes Company, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HOWARD HUGHES PROPERTIES, INC. AND THE HOWARD HUGHES CORPORATION | § § § § | CASE NO. 2:09-cv-00657-RLH-LRL |
| Plaintiffs/Counterdefendants, | § § | **PLAINTIFFS' EMERGENCY MOTION TO RELEASE COPIES OF SEALED** |
| v. | § § | **DOCUMENTS TO COUNSEL FOR HUGHES** |
| KERN RIVER GAS TRANSMISSION COMPANY | § § | **EXPEDITED DISPOSITION REQUESTED** |
| Defendant/Counterclaimants. | § § § | |

Plaintiffs/Counterdefendants Howard Hughes Properties, Inc. and The Howard Hughes Company, LLC (f/k/a The Howard Hughes Corporation) ("Hughes") file this Emergency Motion to Release Copies of Sealed Documents to Counsel for Hughes and would respectfully show the Court the following:

# I.
# **ARGUMENT**

On June 11, 2010, Hughes filed a Notice of Appeal (Docket No. 152) from the sealed final Judgment entered in this action on May 13, 2010 (Docket No. 150), and all prior rulings made in the case including the sealed Order entered on May 13, 2010 (Docket No. 149), the Order entered on January 20, 2010 (Docket No. 109), and the sealed Order entered on December 1, 2009 (Docket No. 94).

The docket in this case appears to contain forty-eight sealed entries, as they do not appear on the public docket sheet. Because these records do not appear on the docket sheet, Hughes cannot access the filed-stamped copies of these documents and cannot determine if it indeed has copies of all documents filed in this action. Specifically, Docket Nos. 19, 20, 28, 29, 30, 31, 35, 36, 40, 48, 49, 50, 67, 68, 71, 72, 73, 76, 77, 85, 94, 96, 97, 111, 115, 116, 117, 118, 119, 120, 125, 126, 127, 128, 129, 130, 131, 134, 135, 136, 137, 138, 139, 145, 148, 149, 150, and 151 are missing from the docket sheet that is available to the parties. To the extent that additional documents are sealed, Hughes does not have access to file-stamped copies of those sealed documents. All sealed entries are relevant to Hughes' appeal.

Counsel for Hughes was informed by a Clerk in the Docketing Department that an order from the Court was needed to release a copy of the complete docket sheet and file-stamped copies of the sealed documents to Hughes' counsel. Hughes therefore requests that the Court order the Clerk's Office to release a copy of the complete docket sheet, including all sealed entries, and file-stamped copies of each sealed document (plus all exhibits) to its counsel, Douglas A. Daniels of Bracewell & Giuliani LLP.

Because so many documents were filed under seal in this matter that do not appear on the docket sheet and are not available to counsel of record through the Court's electronic filing

system, Hughes' counsel does not have a complete docket sheet or a complete set of file-stamped pleadings and orders in this matter.  File-stamped copies will be sent to the Ninth Circuit as part of the appeals process, and Hughes needs copies of these documents in order to prosecute its appeal.  If it pleases the Court, Hughes is willing to pay for the costs of obtaining file-stamped copies of the above-referenced documents.[1]  Hughes respectfully requests that the Court treat this as an emergency motion and order the requested relief as soon as possible, but no later than before the record is delivered to the Ninth Circuit.

## II.
## CONCLUSION

For the reasons stated, the Court should order the Clerk's Office to release a copy of the complete docket sheet, including sealed documents, and file-stamped copies of each sealed document (plus exhibits) to Douglas A. Daniels of Bracewell & Giuliani LLP, counsel for Howard Hughes Properties, Inc. and The Howard Hughes Company, LLC.

DATED: June 17, 2010

                Respectfully submitted,

                */s/ Douglas A. Daniels*

                Jay Earl Smith, Esq.
                Nevada Bar No. 1182
                SMITH LARSEN & WIXOM
                Hills Center Business Park
                1935 Village Center Circle
                Las Vegas, Nevada  89134
                Tel:  (702) 252-5002
                Fax: (702) 252-5006

                Douglas A. Daniels
                *Pro Hac Vice*
                BRACEWELL & GIULIANI LLP
                South Tower Pennzoil Place

---

[1] Hughes understands from the Docketing Department's office that file-stamped copies are charged at 10 cents per page.

       711 Louisiana Street, Suite 2300
       Houston, Texas 77002-2550
       Tel:  (713) 221-1113
       Fax:  (713) 222-3264

       **Attorneys for Howard Hughes Properties, Inc. and**
       **The Howard Hughes Company, LLC**

IT IS SO ORDERED.

The Clerk of Court shall forthwith release a copy of the complete docket sheet, including sealed entries, and file-stamped copies of each sealed document (plus exhibits) to counsel for plaintiff. Plaintiff shall pay for the costs of obtaining file-stamped copies of the sealed documents.

       */s/ L. Leavitt*
       _____
       U.S. Magistrate Judge
       6-21-10

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2010, a true copy of the foregoing **Plaintiffs' Emergency Motion to Release Copies of Sealed Dockets to Counsel for Hughes** has been forwarded to the following counsel of record pursuant to the Federal Rules of Civil Procedures via the Court's electronic filing service:

>Mr. John A. Snow
>Mr. Stephen K. Christiansen
>VanCott, Bagley, Cornwall & McCarthy, P.C.
>36 South State Street, Suite 1900
>Salt Lake City, Utah 84111-1478

>*/s/ Douglas A. Daniels*
>Douglas A. Daniels